IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH BAHR, JR.,<br><br>Defendant. | CR 13-17-BLG-SPW<br><br>**ORDER** |

Counsel for Defendant has filed an unopposed motion to appear by video at the initial appearance on revocation proceedings set for May 2, 2019 at 9:00 a.m. (Doc. 125.)

Good cause appearing, IT IS HEREBY ORDERED that defense counsel, Wendy Holton, is permitted to appear by video-conference from the Helena courthouse. Ms. Holton should report to the Clerk's office at the United States District Court, 901 Front Street, Helena, Montana to appear for the hearing.

DATED this 1st day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge